```
                    FILED
         CLERK, U.S. DISTRICT COURT

              OCT - 1 2020

         CENTRAL DISTRICT OF CALIFORNIA
         BY _____
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>RAMON SALDIVAR,<br><br>               Defendant. | CASE NO. CR-15-00134-DMG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. ( ) the safety of any person or the community.

2. The Court concludes:

    A. ( ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1 | other persons or the community. Defendant poses a risk to the
2 | safety of other persons or the community based on:

3 | _____
4 | _____
5 | _____
6 | _____
7 | _____

8 | B. (✓) Defendant has failed to demonstrate by clear and convincing
9 | evidence that he is not likely to flee if released. Defendant poses
10 | a flight risk based on: _nature of the offenses; strong_
11 | _family ties to Mexico; unverified background_
12 | _information; no bail resources_
13 | _____
14 | _____
15 | _____

16 | IT IS ORDERED that defendant be detained.

20 | DATED: October 1, 2020

*[signature]*
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))